**U.S. Department of Justice**

MEMO ENDORSED *United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 2, 2021

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re:   *United States v. Jason Chow*, **09 Cr. 165 (KMK)**

Dear Judge Karas:

   A status conference in connection with the pending violation of supervised release petition (the "Petition") in the above-referenced matter is currently scheduled for December 8, 2021. Since our last conference, new federal charges have been filed against the defendant, based on conduct overlapping with that alleged in the Petition. *See United States v. Jason Chow*, 21 Mag 10891. Given the pendency of these new charges, the Government and counsel for the defendant, Joseph Vita, Esq., jointly and respectfully request an adjournment of the conference of at least 90 days, to be scheduled at the Court's discretion. This is the first such request for an adjournment.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                         By:   /s/ Stephanie Simon
                              Stephanie Simon
                              Assistant United States Attorney
                              Tel:  (914) 993-1920

cc:   Joseph Vita, Esq.

*Granted. The Court will hold a conference on March 1, 2022 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

12/3/2021