UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

    -against-

JASON CHOW,
                        ORDER
                        09 CR 165 (KMK)

    Defendant.

----------------------------------X

    Upon the application of Jason Chow, by Joseph A. Vita, Esq., for good cause shown, it is hereby ORDERED:

    That the United States Department of Probation disclose to the defense for review by defendant's medical experts all medical/mental health/substance use abuse treatment records prepared and maintained by The Counseling and Psychotherapy Center, Inc., PO Box 920621, Needham, MA 02484, in connection with the evaluation and treatment of Jason Chow pursuant to the Mandatory evaluation and treatment Conditions of his Supervised Release Judgment.

SO ORDERED

Dated:    White Plains, New York

           March 15, 2022

                                                    Hon. Kenneth M. Karas
                                                    United States District Judge