Case 7:09-cr-00165-KMK Document 34 Filed 05/27/22 Page 1 of 1



**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 27, 2022

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Jason Chow*, 09 Cr. 165 (KMK)

Dear Judge Karas:

A status conference in connection with the pending violation of supervised release petition (the "Petition") in the above-referenced matter is currently scheduled for June 1, 2022. As the parties previously notified the Court, a Complaint has been filed charging Mr. Chow with violations of federal law, based on the same conduct underlying specifications in the Petition. *See United States v. Jason Chow*, 21 Mag 10891. Those charges remain pending.

Given the pendency of those charges, the Government and counsel for the defendant, Joseph Vita, Esq., jointly and respectfully request an adjournment of the conference of at least 90 days, to be scheduled at the Court's discretion. This is the second such request for an adjournment.

Granted. The next conference will be held on 9/13/22, at 10:30.

So Ordered.
5/27/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Stephanie Simon
Stephanie Simon
Assistant United States Attorney
Tel: (914) 993-1920

cc: Joseph Vita, Esq.